**TIME GROUP LIMITED and Time Group Computer Systems Limited, Plaintiffs–Appellants,**

v.

**INTERNATIONAL BUSINESS MACHINES CORPORATION, Defendant–Appellee.**

**Docket Nos. 01–7943(L), 01–9067(CON).**

United States Court of Appeals, Second Circuit.

Aug. 14, 2002.

Mark F. Bruckmann (Gerald M. Lynch, Bruckmann & Victory LLP, New York, NY, on the brief), for Appellant.

John A. Redmon (Alison C. Gilbert, Hogan & Hartson L.L.P., New York, NY, Kenneth Wildstein, IBM Corporation, White Plains, NY, on the brief), for Appellee.

Present DENNIS JACOBS, JOSE A. CABRANES and FRED I. PARKER, Circuit Judges.

Plaintiffs Time Group Limited and Time Group Computer Systems Limited (collectively "Time") appeal from an order of the United States District Court for the Southern District of New York (McMahon, *J.*) dismissing their complaint on the ground of *forum non conveniens.* On appeal, Time contends principally that the district court: [1] afforded insufficient deference to Time's choice of New York as a forum, and [2] erred in determining that the traditional public and private interest factors favor England over New York as a forum.

We affirm for substantially the reasons stated in the district court's July 11, 2001 order conditionally dismissing the complaint. Plaintiffs' appeal is based largely on the fact that the district court's order preceded this Court's decision in *Iragorri v. United Technologies Corp.,* 274 F.3d 65 (2d Cir.2001) *(in banc ).* Having reviewed the record, we find no aspect of the district court's detailed factual analysis that should be reconsidered in light of *Iragorri.*

For the reasons set forth above, the order of the district court is hereby **AFFIRMED.**